UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY COX,

                              Plaintiffs,

              -against-

TREASURY,

                              Defendant.

25-cv-10838 (GBD)

CIVIL JUDGMENT

For the reasons stated in the April 27, 2026, order, the Court dismisses this action as frivolous.

This Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

SO ORDERED.

Dated:    April 30, 2026
          New York, New York

                              /s/ George B. Daniels
                              GEORGE B. DANIELS
                              United States District Judge